UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                            CASE NO. 8:16-cr-00362-T-23MAP

DANIEL LUDWICK, JR.
_____/

WAIVER OF FOURTH AMENDMENT RIGHTS

In consideration of DANIEL LUDWICK, JR.'s release on bail pending further proceedings in this cause, I hereby freely and voluntarily waive my Fourth Amendment rights and do hereby consent to the search of my person, property and premises at any time by an officer with United States Pretrial Services or other law enforcement agent at the request of the United States Pretrial Services officer.

Dated this 30. day of August, 2016.

_____
GLORIA ORLOWSKI

_____
Witness

Approved: _____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE