UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO. 8:16-cr-362-T-23MAP

DANIEL LUDWICK, JR.

### UNITED STATES' JOINT STATUS REPORT

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report.   In response to the inquiries in the Court's order of August 26, 2016, the United States herein states as follows:

**1.     Brief summary of the case's status:**

In May 2015, federal Homeland Security Investigations ("HSI") agents executed search warrants at Daniel Ludwick, Jr.'s residence and for the content of an online Dropbox-storage account that he had used.   Based on those warrants and the defendant's statements, agents determined that Ludwick had distributed and possessed child pornography.   On August 10, 2016, a federal grand jury returned a two-count indictment charging the defendant with distribution and possession of child pornography, in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(a)(4)(B).   The defendant was arraigned on August 25, 2016, (Doc. 4) and ultimately released on conditions (Docs. 3, 9-15).   This is the first status report filed with the Court.

**2.      Possibility of a plea agreement as to the defendant:**

Preliminary plea discussions have occurred with counsel for the defendant, Ms. Irina Hughes, Esq., and the parties will continue the plea negotiations.

**3.      Number of days required for trial, for government's case-in-chief:**

If this case were to go to trial, the government and defendant's case would take an approximate total of four days.

**4.      Pending motions, dates on which they were filed, and whether they are ripe for determination:**

There are no pending motions, although defense counsel has indicated that she plans on filing a motion to continue the trial date.

**5.      Potential speedy trial problems:**

Based on the indictment and date of arraignment, Speedy Trial would run on or about November 3, 2016.   The United States does not foresee any speedy trial problems at this time.

The United States has consulted with counsel for the Defendant herein, and both parties agree to the above information.

          Respectfully submitted,

          A. LEE BENTLEY, III
          United States Attorney

By:   */s/ Daniel George*
      DANIEL A. GEORGE
      Assistant United States Attorney
      United States Attorney No. 165
      400 N. Tampa Street, Suite #3200
      Tampa, Florida 33602
      Telephone:   813-274-6000
      Facsimile:   813-274-6103
      E-mail:   daniel.george@usdoj.gov

**U.S. v. Daniel Ludwick, Jr.**   **Case No. 8:16-cr-362-T-23MAP**

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Irina Huges, Esq.

By: */s/ Daniel George*
DANIEL A. GEORGE
Assistant United States Attorney
United States Attorney No. 165
400 N. Tampa Street, Suite #3200
Tampa, Florida 33602
Telephone: 813-274-6000
Facsimile: 813-274-6103
E-mail: daniel.george@usdoj.gov

*T:\_Cases\Criminal Cases\L\Ludwick, Daniel_2015R00558_DAG\p_Status Report for Sept 2016.docx*